UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SIDNEY MARTS,

    Petitioner,

                        Case No. 3:13cv25/MCR/EMT

SEC'Y, FLA. DEP'T OF CORR.,

    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 27, 2013. (Doc. 20). Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections. Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Also pending is petitioner's motion for recusal (doc. 21), motion to alter or amend the judgment (doc. 22), and motion to vacate or set aside the judgment (doc. 23). Having considered each of these motions, the court finds no grounds for recusal exist and that the motions to alter and amend or to vacate are without merit.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Insofar as Petitioner's habeas petition presents a new claim for relief, the petition (doc. 1) is **DISMISSED**.

    3.    Insofar as Petitioner's habeas petition presents a claim that the district court failed to consider the double jeopardy claim Petitioner raised in his § 2254 petition in Case

No.3:10cv240/LAC/EMT, the petition (doc. 1), construed as a Rule 60(b) motion for relief from judgment, is **DENIED**.

      4.      Petitioner's motion for recusal (doc. 21) is **DENIED.**

      5.      Petitioner's motion to alter or amend judgment (doc. 22) is **DENIED**.

      6.      Petitioner's motion to vacate (doc. 23) is **DENIED**.

      7.      This case is **DISMISSED** and the Clerk is directed to close the file.

      8.      A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 25th day of July, 2013.

           *s/ M. Casey Rodgers*
           **M. CASEY RODGERS**
           **CHIEF UNITED STATES DISTRICT JUDGE**